BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

JORGE R. MARTINEZ
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Office of the Staff Judge Advocate
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 4424165 |
| | ) |
| v. | ) Government's Motion to Dismiss |
| | ) |
| VIVIANA MORA, | ) Date: N/A |
| | ) Time: N/A |
| Defendant. | ) Place: Edwards Air Force Base |
| | ) Judge: Hon. Jennifer L. Thurston |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves this Honorable Court to dismiss without prejudice, Case Number 4424165, against Ms. Viviana Mora, in the interest of justice.

Respectfully Submitted

BENJAMIN B. WAGNER
United States Attorney

DATED: August 14, 2015     By   MARTINEZ.JORGE.RAMON.1473636162
Digitally signed by MARTINEZ.JORGE.RAMON.1473636162
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=USAF, cn=MARTINEZ.JORGE.RAMON.1473636162
Date: 2015.08.14 11:28:47 -07'00'

JORGE R. MARTINEZ
Special Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED.**  That the case against Ms. Viviana Mora, Case Number 4424165, be dismissed without prejudice, in the interest of justice.

DATED: August __14__, 2015

_____
Jennifer L. Thurston, Magistrate Judge
United States District Court